DEBRA W. YANG
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division
DARWIN THOMAS (SBN 80745)
Assistant United States Attorney
    Federal Building Room 7211
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-2740
    Facsimile: (213) 894-0115

ANNE NORRIS GRAHAM
Trial Attorney, Tax Division
U.S. Department of Justice
    P.O. Box 7238
    Washington, D.C.  20044
    Tel. (202) 353-4384
    Fax (202) 514-6770

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

UNITED STATES OF AMERICA, )
                          )
            Petitioner,   )   No. 04-9651-WMB (CTx)
                          )
       v.                 )   NOTICE OF DISMISSAL BY
                          )   PETITIONER + order
OTTO SKINNER,             )
                          )   Rule 41(a)(1), F.R.C.P.
            Respondent.   )

The above-entitled action is hereby dismissed without prejudice by the petitioner, pursuant to Rule 41(a)(1) of the

IT IS SO ORDERED
Dated Jan 27, 2005

United States District Judge

Federal Rules of Civil Procedure.

                                              Respectfully submitted,

                                              DEBRA W. YANG
                                              United States Attorney
                                              SANDRA R. BROWN
                                              Assistant U.S. Attorney
                                              Chief, Tax Division
                                              DARWIN THOMAS
                                              Assistant U.S. Attorney

DATED: 1/21/05

                                              _____
                                              ANNE NORRIS GRAHAM
                                              Trial Attorney, Tax Division

                                              Attorneys for United States

- 2 -